11/18/2015                                    Towing Company Information



# Texas Department of
## Licensing and Regulation

P.O. Box 12157  Austin, Texas 78711
800-803-9202 / TDD 800 735-2989

## Company Vehicle Information

> **IMPORTANT**: A tow company is not authorized to operate any tow trucks unless both its certificate status and automobile liability insurance are active. Please view the Company Information page and Company Insurance Information page to determine the status of the tow company's certificate and insurance. **Exception**: Vehicles Storage Facility operators are not required to file vehicles or automobile liability insurance with TDLR. A Vehicle Storage Facility can be identified by noting the Company Type on the Company Information page.

1st COURT OF APPEALS
HOUSTON, TEXAS

**Vehicle Status:**

PEDRO SANCHEZ
006459855C (Active)

11/18/2015 7:26:56 PM

CHRISTOPHER A. PRINE
Clerk

Page 1 of 1

| Vehicle Status | Vehicle Make | Unit# | Model Year | VIN | TT | IM | PP | CT | HD | LD | Exp Date | Permit# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Active | FORD | 1 | 2012 | XXXXXXXXXXXXXXXXX | Y | Y | N | N | N | Y | 5/1/2016 | TDLR0006459855002IM |
| Active | CHEVROLET | 2 | 2004 | XXXXXXXXXXXXXXXXX | Y | Y | N | N | N | Y | 5/1/2016 | TDLR0006459855003IM |

Page Number: 1
**View Company Information By:**
◯ Activity  ◯ Insurance  ◯ Vehicle  ◉ Company Information  No Tow Fee Schedule on file  [ Go ]

**New Search**                                                                 **Top of Page**

Privacy and Security Policy | Accessibility | Open Records Policy | Link Policy | Compact with Texans
Texas Online | TRAIL Search | Texas Homeland Security | Links | Where the Money Goes